UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FARMERS INSURANCE EXCHANGE,**
*et al.*,

        **Plaintiff,**

v.

**Civil Action 2:21-cv-4376**
**Judge James L. Graham**
**Magistrate Judge Chelsey M. Vascura**

**RAJKO MILOSEVIC,**
*et al.*,

        **Defendants.**

## ORDER

This matter came before the Court for a telephonic discovery conference on March 3, 2022. All parties were represented by counsel. This Order memorializes that conference.

Plaintiffs requested the conference to address several allegedly outstanding or deficient discovery responses by Defendants. During the conference, the parties agreed as follows:

(1) No later than March 24, 2022, Defendants shall supplement their responses to Interrogatory Nos. 1–5 to identify by bates number, or other means of identification with equivalent specificity, the business records in which the answers to the interrogatories may be ascertained by Plaintiffs in accordance with Federal Rule of Civil Procedure 33(d);

(2) No later than March 17, 2022, Defendants shall supplement their response to Interrogatory No. 6 to confirm whether they used any telephone numbers in connection with their insurance business in addition to (614) 410-3052;

(3) No later than March 17, 2022, Defendants shall provide readable electronic copies or hard copies of the electronic files which Plaintiffs found to be corrupt or otherwise unreadable when initially produced by Defendants;

(4) No later than March 24, 2022, Defendants shall supplement their response to Request for Production No. 2 to specify whether they have withheld any responsive documents;

(5) No later than March 24, 2022, Defendants shall supplement their response to Request for Production No. 4 to include production of records related to Mr. Milosevic's cell phone and any responsive voicemails from either the (614) 410-3052 number or Mr. Milosevic's cell phone, and to clarify whether they have withheld any responsive documents; and

(6) No later than March 24, 2022, Defendants shall supplement their response to Request for Production No. 9 to include production of records related to Mr. Milosevic's cell phone.

Further, the parties made a joint oral motion during the conference to extend the case schedule. For good cause shown, the parties' joint oral motion is **GRANTED**. All discovery must be completed no later than 60 days following the Court's resolution of Defendants' Motion to Dismiss (ECF No. 49), and dispositive motions must be filed no later than 90 days following the resolution of Defendants' Motion to Dismiss (ECF No. 49).

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE